IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARY ANDRE RUE,<br><br>*Defendant.* | Case No. 1:26-CR-107 (LMB) |

**ORDER TO SEAL**

This matter having come before the Court on the United States' Motion to Seal pursuant to Local Criminal Rule 49(E) and for good cause shown, it is hereby

ORDERED that the Position of the United States with Respect to Sentencing shall be maintained under seal and will remain under seal until further order of the Court.

Date: 11/12/26
Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge